**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  08-cv-00855-LTB-KMT

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LA PLATA,
COLORADO,

       Plaintiff,

v.

BROWN GROUP RETAIL, INC.,
PLUMMER PRECISION OPTICS CO.,
BLUE JAUNTE COMPANY, INC., and
PLUMMER PRECISION OPTICS WESTERN DIVISION, INC.,

       Defendants.

_____

**SUPPLEMENTAL ORDER OF REFERENCE
TO UNITED STATES MAGISTRATE JUDGE**
_____


      Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b),
United States Magistrate Judge **Kathleen M. Tafoya** is designated to conduct proceedings
in this civil action as follows:

    ( )    Convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a
           scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

    ( )    Conduct such status conferences and issue such orders necessary for
           compliance with the scheduling order, including amendments or modifications
           of the scheduling order upon a showing of good cause.

    ( )    Convene such settlement conferences and direct related procedures as may
           facilitate resolution of this case.

    ( )    Hear and determine pretrial matters, including discovery and other non-
           dispositive motions.

(**X**)    Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on motions, **specifically Plaintiff's Motion for Leave to File Second Amended Complaint (Doc 32)**.

( )    Conduct a pretrial conference and enter a pretrial order.

IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.

IT IS FURTHER ORDERED that a copy of this court's pretrial and trial procedures can be found at www.co.uscourts.gov.

BY THE COURT:


\_\_\_s/Lewis T. Babcock_____
Lewis T. Babcock, Judge

DATED:  October 15, 2008