**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00855-LTB-KMT

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LA PLATA, COLORADO,

    Plaintiff,

v.

BROWN GROUP RETAIL, INC.,
PLUMMER PRECISION OPTICS CO.,
BLUE JAUNTE COMPANY, INC., and
PLUMMER PRECISION OPTICS WESTERN DIVISION, INC.,

    Defendants.

___

**ORDER**
___

THIS MATTER having come before the Court upon **STIPULATED EXTENSION OF TIME FOR DEFENDANT BROWN GROUP RETAIL, INC. TO RESPOND TO SECOND AMENDED COMPLAINT**, and the Court being fully advised of the Stipulated Extension,

IT IS HEREBY ORDERED that said Stipulated Extension is **APPROVED**, and Defendant Brown Group Retail, Inc. shall have to and including January 8, 2009 to answer or otherwise respond to Plaintiff's Second Amended Complaint.

Dated: December 27, 2008.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge