## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.**   08-cv-00855-LTB-KMT | FTR |
| **Date:**  May 22, 2009 | Deputy Clerk: Deborah Hansen |
| THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LA PLATA, COLORADO, | Asimakis D. Iatridis<br>Michael B. Arnold |
| Plaintiff, | |
| v. | |
| BROWN GROUP RETAIL, INC., et al., | Gail L. Wurtzler<br>Robert W. Lawrence |
| Defendants. | |

## COURTROOM MINUTES

**EXPEDITED HEARING ON MOTION**

**Court in Session: 2:43 p.m.**

Court calls case.  Appearances of parties and counsel.  All counsel appear by telephone.

**ORDERED:**   Defendant Brown Group Retail, Inc.'s Motion to Compel Split-Sampling, Doc No. 101, filed May 21, 2009, is DENIED.

**Court in Recess: 3:15 p.m.**

In-Court Time 0:32
Hearing concluded

**\*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.**