IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00855–LTB–KMT

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LA PLATA, COLORADO,

    Plaintiff,

v.

BROWN GROUP RETAIL, INC.,
PLUMMER PRECISION OPTICS CO.,
BLUE JAUNTE COMPANY, INC., and
PLUMMER PRECISION OPTICS WESTERN DIVISION, INC.

---

**ORDER**

---

    This matter is before the court on Plaintiff's "Unopposed Motion to Amend Scheduling Order" [Doc. No. 136, filed September 29, 2009].

    This court being advised of the premises and otherwise fully informed hereby

    **ORDERS**

Plaintiff's "Unopposed Motion to Amend Scheduling Order" [Doc. No. 136] is GRANTED. The Scheduling Order [Doc. No. 43], as amended on July 23, 2009 [Doc. Nos. 129, 130] is further amended as set forth in the motion to add section 8.j.5.

The following new discovery dates are approved by the Court.

    Disclosure of Plaintiff's expert witness designations and for Defendant's designation of experts on areas for which Defendant bears the burden of proof is extended to October 30, 2009 solely for an expert(s) designated to testify about the reasonableness and necessity of attorneys' fees and costs.

The Parties' designation of experts in response to the October 30, 2009 designation is extended to December 30, 2009.

The Parties' deadline to submit expert reports in response to the December 30, 2009 designation is extended until January 30, 2010.

The Discovery Cut-off for any attorneys' fees and costs experts designated under this paragraph is extended until February 16, 2010.

Dated this 7th day of October, 2009.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge