IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00855–LTB–KMT

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LA PLATA, COLORADO,

      Plaintiff,

v.

BROWN GROUP RETAIL, INC.,
PLUMMER PRECISION OPTICS CO.,
BLUE JAUNTE COMPANY, INC., and
PLUMMER PRECISION OPTICS WESTERN DIVISION, INC.

      Defendants.

---

**ORDER**

---

      This matter is before the court on "La Plata County's Unopposed Motion to Extend Scheduling Order For Submission of Expert (26(a)(2)) Report" [Doc. No. 143, filed October 13, 2009].

      This court being advised of the premises and otherwise fully informed hereby

      **ORDERS**

      "La Plata County's Unopposed Motion to Extend Scheduling Order For Submission of Expert (26(a)(2)) Report" [Doc. No. 140] is GRANTED. The Scheduling Order [Doc. No. 43], as amended on July 23, 2009 [Doc. Nos. 129, 130], on October 7, 2009 [Doc. No. 139] and on

October 13, 2009 [Doc. No. 142] is further amended to add the following discovery cut off dates

for certain expert disclosures:

Plaintiff's Local Standard of Care for Commercial Real Estate Transactions
    Expert Witness Designation and Report – October 23, 2009.
Defendant's Local Standard of Care for Commercial Real Estate Transactions
    Expert Witness Designation in response – December 23, 2009.
Plaintiff's Local Standard of Care for Commercial Real Estate Transactions
    Expert Rebuttal Report – January 22, 2010.

Dated this 14th day of October, 2009

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge