IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No. 08-cv-00855-LTB-KMT | FTR |
| Date: April 15, 2010 | Debra Brown, Deputy Clerk |
| THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LA PLATA, COLORADO, | Asimakis D. Iatridis<br>Michael B. Arnold |
| Plaintiffs, | |
| v. | |
| BROWN GROUP RETAIL, INC. | Robert W. Lawrence |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**

**Court in Session: 1:33 p.m.**

Court calls case. Appearance by counsel.

Defendant's [163] MOTION for Protective Order Limiting the Scope of the County's Proposed 30(b)(6) Deposition at issue.

**ORDERED:** Defendant's [163] MOTION for Protective Order Limiting the Scope of the County's Proposed 30(b)(6) Deposition is **GRANTED in part and DENIED in part** as follows:

With respect to Deposition Topics, 2, 7, 10, 11, 17, 27 and Deposition Topics 1, 4, 5, 7, 8, 12, 18, 19 and 24 the Motion for Protective Order is **denied without prejudice.** Defendant shall make a good faith effort to fully prepare the deponent on each topic and deponent may reference expert reports and opinions where appropriate. If specific objections must be addressed during the depositions, the parties shall contact the court telephonically.

With respect to Deposition Topic 22 the Motion for Protective Order is **granted.**

With respect to Deposition Topics 23 and 28 the Motion for Protective Order is **denied.** The Court finds the information sought is relevant within reasonable limits. Deposition Topic 28 will be limited to the time period Brown Group or its predecessors either owned and operated the Durango site at issue in this case.

> The deponent will not be required to have information about activities that happened before Brown Group or its predecessors owned or operated the site.

Plaintiff's [169] MOTION for Leave to Designate Witness Pursuant to F.R.C.P. 26(a)(2)(A) at issue.

**ORDERED:** Plaintiffs' [169] MOTION for Leave to Designate Witness Pursuant to F.R.C.P. 26(a)(2)(A) is **GRANTED**. Plaintiff is allowed to designate Mr. Kenneth Shubert as an expert witness. Defendant shall be permitted to further depose Mr. Shubert in his role as expert. This deposition shall be completed on or before May 15, 2010.

Any supplement of previously disclosed expert reports based upon Mr. Kenneth Shubert's testimony shall be completed on or before June 22, 2010. All depositions relating to any supplements are to be completed on or before July 30, 2010.

**ORDERED:** Plaintiff advised that the vault will be excavated in the near future. Any supplemental expert reports required as a result of the excavation shall be disclosed on or before June 22, 2010.

**ORDERED:** All other depositions not otherwise specifically addressed in this order shall be completed on or before May 31, 2010.

**ORDERED:** Plaintiff's [166] MOTION to Modify the Final Pretrial Conference Date is **GRANTED**. The Final Pretrial Conference is RESET to **June 29, 2010 at 9:00 a.m. in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.**
Valid photo identification is required to enter the courthouse. The proposed final pretrial order shall be filed no later than close of business **June 24, 2010**, and then sent as a Word or WordPerfect attachment to Tafoya_Chambers@cod.uscourts.gov **five (5) business days prior to Final Pretrial Conference**. In the subject line of the e-mail, counsel shall list the case number, short caption, and "proposed final pretrial order." (See www.cod.uscourts.gov for more information.)

**Court in recess: 3:40 p.m.**
Total In-Court Time 1:34; hearing concluded