**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| Civil Action No. 08-cv-00855-LTB-KMT | FTR - Courtroom C-201 |
| Date: June 29, 2010 | Courtroom Deputy: J. Chris Smith |
| BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LA PLATA, COLORADO, | Asimakis D. Iatridis<br>Josh A. Marks |
|       Plaintiff, | |
| v. | |
| BROWN GROUP RETAIL, INC., | Robert W. Lawrence<br>Gail L. Wurtzler |
|       Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**Final Pretrial Conference**

**9:03 a.m.       Court in session.**

Court calls case, appearances of counsel and preliminary remarks by the Court.

Court makes oral findings and conclusions with respect to Defendant's Motion for Clarification [211], as stated on record.

**ORDERED:   Brown Group Retail, Inc.'s Motion for Clarification Regarding Rule 30(b)(6) Deposition, filed June 4, 2010 [211], is denied.**

Court states if the 30(b)(6) deposition remains a problem counsel may use a room at the courthouse to conduct the deposition.

Discussion between Mr. Lawrence, Mr. Iatridis and the Court regarding defendant's designation of a 30(b)(6) witness.

Court reviews the proposed final pretrial order with counsel.

Discussion regarding witnesses (may-calls, whereabouts/locating witnesses (Mr. Haskins)(Craig Johnson)).
**Court instructs counsel to confer and work on witness lists and stipulations.**

June 29, 2010
08-cv-00855-LTB-KMT

**ORDERED:** **Continued Final Pretrial Conference set August 23, 2010 at 10:30 a.m.**
**Proposed revised final pretrial order submitted by August 20, 2010.**
**Deadline for objections, final lists of witnesses and stipulated exhibits will remain unchanged.**
**No pretrial order entered.**

Discussion between Mr. Iatridis, Mr. Lawrence and Court regarding plaintiff's request to change the deposition date of defendant's expert toxicologist witness.
**Court states it is not inclined to grant any further extensions.**

**9:59 a.m.** **Court in recess.**

Hearing concluded.
Total In-Court Time: 56 min.

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.