**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00855-LTB-KMT

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LA PLATA, COLORADO,

    Plaintiff,

v.

BROWN GROUP RETAIL, INC.,
PLUMMER PRECISION OPTICS CO.,
BLUE JAUNTE COMPANY, INC., and
PLUMMER PRECISION OPTICS WESTERN DIVISION, INC.,

    Defendants.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiff's Motion for Leave to File Surreply to Defendant's Motion for Summary Judgment on Attorneys' Fees (Doc 235 - filed August 12, 2010) is DENIED.

    Plaintiff's Motion for Leave to File Surreply to Defendant's Motion for Summary Judgment on LaPlata's CERCLA Liability (Doc 236 - filed August 12, 2010) is DENIED.

    Plaintiff's Motion for Leave to File Surreply to Defendant's Motion for Summary Judgment (No Joint and Several Liability Under CERCLA) (Doc 237 - filed August 12, 2010) is DENIED.

    Plaintiff's Motion for Leave to File Surreply to Defendant's Motion for Summary Judgment on Plaintiff's Fifth Claim for Relief (Doc 239 - filed August 12, 2010) is DENIED.

Dated: August 13, 2010
___