IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-00855-LTB-KMT

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LA PLATA, COLORADO,

    Plaintiff,

v.

BROWN GROUP RETAIL, INC.,
PLUMMER PRECISION OPTICS CO.,
BLUE JAUNTE COMPANY, INC., and
PLUMMER PRECISION OPTICS WESTERN DIVISION, INC.,

    Defendants.
_____

ORDER
_____

As further set forth on the record at the hearing held on September 10, 2010, IT IS HEREBY ORDERED:

1. Plaintiff and Defendant Brown Group Retail, Inc.'s Joint Motion to Extend the Submission Date for F.R.E. 702 Memoranda Regarding Expert Witnesses and Joint Exhibit List is GRANTED and the applicable documents shall now filed by September 15, 2010;

2. Plaintiff 's Fourth Claim for Relief seeking a declaratory judgment is DISMISSED BY STIPULATION;

3. Plaintiff and Defendant Brown Group Retail, Inc. STIPULATE that the first two elements of a RCRA imminent and substantial endangerment claim as set forth on page 16 of the Final Pretrial Order are satisfied in this case and therefore that only the third element will be disputed at trial; and

4. Robert W. Hischke is STRICKEN from Defendant Brown Group Retail, Inc.s Revised Witness List [Doc # 270].

Dated: September   10  , 2010.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Judge