IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____  _____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: October 14, 2010 |
| Court Reporter: Gwen Daniel | |

_____

| | |
|---|---|
| Civil Case No. 08-cv-00855-LTB-KMT | Counsel: |
| THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LA PLATA, COLORADO, | Asimakis D. Iatridis<br>Josh A. Marks<br>Ann M. Rhodes |
| Plaintiff, | |
| v. | |
| BROWN GROUP RETAIL, INC.,<br>PLUMMER PRECISION OPTICS CO.,<br>BLUE JAUNTE COMPANY, INC., and<br>PLUMMER PRECISION OPTICS WESTERN DIVISION, INC., | Gail L. Wurtzler<br>Jeffrey R. Pilkington<br>Kenzo S. Kawanabe<br>Emily Schultz |
| Defendants. | |

_____

COURTROOM MINUTES
_____

TRIAL TO COURT - Day Eight

09:03 a.m.   Court in Session

Court's comments

Discussion re Motion to Quash Subpoena Served On Michael J. Matheson (Doc No. 302)

**PLAINTIFF'S SEVENTEENTH WITNESS PAUL ROSASCO**
09:09 Direct continued (by Mr. Iatridis)

09:15 Court

1

09:15  Direct

09:37  Cross (by Mr. Pilkington)

09:45  Deposition of Paul Rosasco opened and used for impeachment.

09:53  Court

09:53  Cross

Defendant Brown Retail renews its motion to strike the expert opinions and the testimony of Mr. Rosasco on response costs in its entirety (by Mr. Pilkington).

ORDERED:  The objection goes to the weight, not to the admissibility of Mr. Rosasco's opinion.  The motion to strike is DENIED.

Exhibits referred: 135-a, ROS-12, G-95, JT-54

10:02  Court

10:03  Cross

Exhibits referred: G-98, ROS-1

10:28  Court in Recess
10:44  Court in Session

**PLAINTIFF'S SEVENTEENTH WITNESS PAUL ROSASCO**
10:44  Cross continued (by Mr. Pilkington)

11:48  Court

11:48  Cross

11:55  Court in Recess
01:05  Court in Session

Mr. Kawanabe's comments

Mr. Kawanabe and Mr. Marks conferred and are in agreement that they will submit

2

designated deposition testimony of Mr. Matheson.

Court's comments re deposition objections

ORDERED:   Counsel shall re-address the objections to depositions.

Discussion re Mr. Matheson

ORDERED:   Motion to Quash Subpoena Served On Michael J. Matheson (Doc No. 302) is GRANTED.

**PLAINTIFF'S SEVENTEENTH WITNESS PAUL ROSASCO**
01:05  Cross continued (by Mr. Pilkington)

Exhibits referred: H-1, 230, 237, 236, 257, 4, G-40, 244,

02:30  Court in Recess
02:45  Court in Session

**PLAINTIFF'S SEVENTEENTH WITNESS PAUL ROSASCO**
02:45  Cross continued (by Mr. Pilkington)

Exhibits referred: G-62, JT-35, H-2

The defense renews their motion to strike the testimony of Mr. Rosasco as to the human health risk assessment and human substantial endangerment.

ORDERED:   At this time the motion as to its application to CERCLA is DENIED because the objection goes to the weight in that respect.  As to RCRA, the ruling continues to be RESERVED.

03:26  Redirect

> EXHIBITS IDENTIFIED, OFFERED AND RECEIVED: H-3

Exhibits referred: 140, 137

> EXHIBITS IDENTIFIED, OFFERED AND RECEIVED: (objection overruled) 167

3

04:19 p.m.   Court in Recess
             Trial continued
             Time: 5/34