IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  08-cv-00855-LTB-KMT

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LA PLATA, COLORADO,

       Plaintiff,

v.

BROWN GROUP RETAIL, INC.,
PLUMMER PRECISION OPTICS CO.,
BLUE JAUNTE COMPANY, INC., and
PLUMMER PRECISION OPTICS WESTERN DIVISION, INC.,

       Defendants.

_____

ORDER
_____

Having received Plaintiff The Board of County Commissioners of the County of La Plata, Colorado's ("La Plata")'s Unopposed Calculation of Prejudgment Interest [Doc # 343],

IT IS HEREBY ORDERED as follows:

1. La Plata shall be awarded prejudgment interest through October 31, 2011 in the amount of $32,561 with prejudgment interest continuing to accrue until the entry of final judgment as set forth in La Plata's Unopposed Calculation of Prejudgment Interest;

2. Final judgment shall enter in accordance with this Order; the Findings of Fact, Conclusions of Law and Order dated March 3, 2011; and the Order dated October 17, 2001 denying an award of attorney fees in this case; and

      3.  La Plata shall be awarded its taxable costs as the prevailing party in this case.

Dated: November   1  , 2011 in Denver, Colorado.

                                      BY THE COURT:

                                         s/Lewis T. Babcock
                                      LEWIS T. BABCOCK, JUDGE