IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-00855-LTB-KMT

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LA PLATA, COLORADO,

       Plaintiff,

v.

BROWN GROUP RETAIL, INC.,
PLUMMER PRECISION OPTICS CO.,
BLUE JAUNTE COMPANY, INC., and
PLUMMER PRECISION OPTICS WESTERN DIVISION, INC.,

       Defendants.

___

## ORDER
___

      Upon Plaintiff's Unopposed Motion for Reconsideration of Taxation of Costs (Doc 360 - filed March 8, 2012), it is

      ORDERED that the Motion is GRANTED. Plaintiff is awarded an additional $19,379.21 for necessary costs for preparation of demonstrative exhibits.

                                          BY THE COURT:


                                            s/Lewis T. Babcock
                                            LEWIS T. BABCOCK, JUDGE

DATED: March 9, 2012